**Calvin Earl BROWN, Plaintiff–Appellant,**

v.

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, (P & D Lodging, Inc.), Defendant–Appellee.**

**Calvin Earl Brown, Plaintiff–Appellant,**

v.

**Equal Employment Opportunity Commission, Pitt Co. Schools, Defendant–Appellee.**

**Calvin Earl Brown, Plaintiff–Appellant,**

v.

**Equal Employment Opportunity Commission, Sam's Club, Inc., Defendant–Appellee.**

Nos. 06–1805, 06–1815, 06–1816.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 17, 2006.

Decided: Oct. 19, 2006.

Calvin Earl Brown, Appellant Pro Se.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Calvin E. Brown appeals from three separate actions alleging employment discrimination, which have been consolidated on appeal. In each case, the district court adopted the magistrate judge's report and recommendation to dismiss as frivolous the action, under 28 U.S.C.A. §§ 1915(e)(2), 1915(A) (West Supp.2006), and noted that despite clear notice, Brown failed to file objections to the magistrate judge's recommendation. Thus Brown has waived his right to appeal these orders. *Wells v. Shriners Hosp.*, 109 F.3d 198, 201 (4th Cir.1997); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir.1984). We find no reversible error in the district court's orders in each case denying Brown's motion to reconsider and his motion to appoint counsel. Accordingly, we affirm the orders of the district court. *See Brown v. Equal Employment Opportunity Comm'n,* No. 4:05–cv–74–H (E.D.N.C. June 20, 2006 & July 7, 2006); *Brown v. Equal Employment Opportunity Comm'n,* No. 4:05–cv–75–H (E.D.N.C. June 20, 2006 & July 7, 2006); *Brown v. Equal Employment Opportunity Comm'n,* No. 4:05–cv–148–H (E.D.N.C. June 20, 2006 & July 7, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*